EDELBRAU BREWERY, INC., Respondent, v. FREDERICK W. DRYBROUGH, as Trustee under Creditors' Agreement Made with HITTLEMAN GOLDENROD BREWERY, INC., Appellant.— Order denying motion of the defendant to examine the plaintiff before trial reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, except that the books, records and documents are to be used only to refresh the recollection of the persons examined. Examination to proceed on five days' notice. The appellant is entitled to the examination sought to establish whether he has fully discharged the duties of his trust as set forth in the agreement attached to the complaint. (Oshinsky v. Gumberg, 188 App. Div. 23.) The appellant claims commission of ten per cent upon the claims of all paid creditors who joined in the agreement and alleges that the plaintiff has paid some of these creditors direct, thus depriving the appellant of his commission. He is entitled to the examination sought also for the reason that it is necessary to establish his counterclaim. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

MAE GERY, Respondent, v. ALAN DALSIMER and HELEN DALSIMER, Appellants. — Action by a domestic servant for damages for personal injuries suffered as a consequence of a fall down a staircase in the house of her employers, the defendants. The plaintiff claimed that defendants maintained a dangerous condition on the tread of one of the steps as a consequence of the manner of joinder of two segments of carpet and the manner of fastening the same on the tread, in which plaintiff's heel caught while descending the stairs, accompanied by a child of the defendants. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

PETER GIFTOS, Respondent, v. A. KOZOWER and Others, Defendants. RICHARD E. WELDON, Attorney, Appellant.— Order settling and discontinuing an action and fixing the fee of plaintiff's former attorney, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

GRANDVIEW DAIRY, INC. (1), Appellant, and CHARLES KILLETS, as President of Grandview Dairy Mutual Welfare Aid Association (2), Plaintiff, v. THOMAS O'LEARY, Individually and as President of Milk Wagon Drivers, Chauffeurs and Helpers Local No. 584, an Unincorporated Association of More Than Seven Members (1), MAX LIEBLER, Individually and as Secretary of Said Unincorporated Association (2) and CHARLES GREEN (3), Respondents.— Order denying appellant's motion to amend the judgment herein so as to include a provision for money damages affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur. [See post, p. ——.]